JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor, by and through his Guardian Ad Litem, ALEXIS BAQUERIZO,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN GROVE UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>Defendant. | Case No.: SACV 11-01619 JVS (MLGx)<br><br>**JUDGMENT**<br><br>Action Filed:  October 19, 2011<br>Trial:          September 17, 2012<br>Judge:    Hon. James V. Selna |

On September 17, 2012, this matter came before this Court via a bench trial on Plaintiffs' appeal of the administrative decision of the Office of Administrative Hearings, ("OAH" Case No. 2010120784) the Honorable James V. Selna, United Stated District Judge, presiding.  After considering the entire administrative record, case file, argument of counsel at trial, the trial briefs of the parties, and good cause appearing, this Court finds as follows:

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Garden Grove Unified School District ("GGUSD"), as follows:

1.   Following exercise of its independent judgment and after fully reviewing the administrative record in this matter, the Court's September 20, 2012, Memorandum of Decision Affirming California Office of Administrative Hearings

1 finds, which findings are incorporated herein in their entirety, that the
2 Administrative Law Judge's ("ALJ") decision dated October 7, 2011, OAH Case No.
3 2010120784, is both entitled to substantial deference and supported by a
4 preponderance of the evidence.  Consequently, this Court adopts the September 20,
5 2012, Memorandum of Decision Affirming California Office of Administrative
6 Hearings in its entirety as the Decision of this Court;

7     2.    Therefore, as the Court rejects in their entirety the allegations set forth
8 in the instant lawsuit which allege error on the part of the ALJ, judgment shall be
9 and hereby is entered against Plaintiffs and in favor of GGUSD on Plaintiffs'
10 Complaint;

11     3.    Plaintiffs take nothing by reason of their Complaint; and
12     4.    Defendant District shall recover its costs.
13 IT IS SO ORDERED.
14
15 DATED:  October 11, 2012    BY: _____
16     JAMES V. SELNA
    United States District Court Judge